## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Knight Mail & Printing Plus LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5203022** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 B East Main Street** **Henryetta, OK 74437** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Okmulgee** | **Location of principal assets, if different from principal place of business** |
| County | **1208 West Cummings Street Henryetta, OK 74437** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 17-81358    Doc 1    Filed 12/05/17    Entered 12/05/17 11:12:45    Desc Main
Document     Page 1 of 42

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | Debtor _____ | | | | Relationship _____ | |
| | District _____ | | When _____ | | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Case 17-81358    Doc 1    Filed 12/05/17    Entered 12/05/17 11:12:45    Desc Main
Document    Page 3 of 42

■ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2017**
                MM / DD / YYYY

**X** **/s/ Kathy Knight**                                      **Kathy Knight**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ MELINDA .G. DUNLAP,**                 Date  **December  4, 2017**
Signature of attorney for debtor                              MM / DD / YYYY

**MELINDA .G. DUNLAP,**
Printed name

**Melinda G. Dunlap**
Firm name

**205 South Grand**
**PO Box 1613**
**Okmulgee, OK 74447**
Number, Street, City, State & ZIP Code

Contact phone  **918-756-7764**        Email address  **mdbankruptcy@hotmail.com**

**OBA#15002**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 4, 2017**    X **/s/ Kathy Knight**
                                       Signature of individual signing on behalf of debtor

                                       **Kathy Knight**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF OKLAHOMA

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:    Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................     $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................     $ _____**9,888.90**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................     $ _____**9,888.90**

### Part 2:    Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................     $ _____**132,844.37**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................     $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................     +$ _____**179,810.57**

4.   **Total liabilities** ...................................................................................................
Lines 2 + 3a + 3b

$ _____**312,654.94**

Fill in this information to identify the case:

Debtor name **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.   **Cash on hand** | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Family Federal Credit Union, Henryetta, Oklahoma (closed 12/16)** | **CHECKING** | 360 | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                **$0.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

�■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Office & Shipping Supplies (Inventory list attached)** | July 2017 | $1,124.60 | Liquidation | $1,193.75 |

23. **Total of Part 5.**                                           | $1,193.75 |

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops–either planted or harvested** **Paper supplies from Mail Business** | | $0.00 | Liquidation | $0.00 |

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**                                                    $0.00

Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Equipment Inventory | $0.00 | Liquidation | $8,695.15 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                    $8,695.15

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

�■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Knight Mail & Printing Plus LLC | Case number (If known) |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,193.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,695.15 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,888.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,888.90 |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Altman Financial LP** | Describe debtor's property that is subject to a lien | **$17,671.70** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 4043**
**Concord, CA 94524-4043**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6032**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Chase Mortgage** | Describe debtor's property that is subject to a lien | $32,980.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 24696**
**Columbus, OH 43224**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**11/04**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6693**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.3 | **OCWEN Loan Servicing** | Describe debtor's property that is subject to a lien | **$4,045.00** | **$0.00** |

Creditor's Name

**1661 Worthington Road, Ste 100**
**West Palm Beach, FL 33409**
Creditor's mailing address

Describe the lien
**Second Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**11/04**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9401**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.4 | Ocwen Loan Servicing | Describe debtor's property that is subject to a lien | **$27,825.00** | **$0.00** |

Creditor's Name

**1661 Worthington Rd Ste 100**
**West Palm Beach, FL 33409**
Creditor's mailing address

Describe the lien
**Third Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**4/04**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9003**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.5 | Time Payment | Describe debtor's property that is subject to a lien | **$14,640.21** | **$8,695.15** |

Creditor's Name

**1600 District Avenue, Suite 200**
**Burlington, MA 01803**
Creditor's mailing address

Equipment Inventory

Describe the lien
**lease payment on equipment**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**3506**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **USAA Federal Savings Bank** | **Describe debtor's property that is subject to a lien** | $17,724.78 | $0.00 |
|-----|------|------|------|------|

Creditor's Name
**10750 McDermott Freeway**
**San Antonio, TX**
**78288-0544**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/15**
**Last 4 digits of account number**
**8470**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **USAA Federal Savings Bank** | **Describe debtor's property that is subject to a lien** | $17,957.68 | $0.00 |
|-----|------|------|------|------|

Creditor's Name
**10750 McDermott Freeway**
**San Antonio, TX**
**78288-0544**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5305**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Knight Mail & Printing Plus LLC | Case number (if know) | | |
|--------|-------------------------------|------------------------|--|--|
| | Name | | | |

| 2.8 | Wilpro Inc | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|-----|-----------|---------------------------------------------------|-------|-------|
| | Creditor's Name | **3 year lease still had 24 months left on lease** | | |

**30151 South 126th**
**Henryetta, OK 74437**

Creditor's mailing address

**Describe the lien**
**lease payment on building**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$132,844.37**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| **GC Services LImited Partnership**<br>**PO Box 3026**<br>**Houston, TX 77253** | Line   **2.7** | **0071** |

| Fill in this information to identify the case: |

Debtor name    **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
|  | **Internal Revenue Service**<br>**Special Procedures**<br>**55 North Robinson, Stop 5024**<br>**Oklahoma City, OK 73102-9229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
|  | **Oklahoma Tax Commission**<br>**Bankruptcy Department**<br>**120 North Robinson, Suite 2200**<br>**Oklahoma City, OK 73152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Knight Mail & Printing Plus LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,357.00 |
|---|---|---|---|
| | **Allied Intersatate**<br>**PO Box 361445**<br>**Columbus, OH 43236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **4486** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,036.00 |
|---|---|---|---|
| | **Best Buy**<br>**Citibank, N.A.**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/16** | Basis for the claim: **credit card** | |
| | Last 4 digits of account number **7411** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|
| | **Breg Inc**<br>**PO Box 844628**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/16** | Basis for the claim: __ | |
| | Last 4 digits of account number **7244** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,440.00 |
|---|---|---|---|
| | **BuyPower**<br>**Capital One Card Services**<br>**Customer Center**<br>**PO Box 30256**<br>**Salt Lake City, UT 84130-0256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/15** | Basis for the claim: __ | |
| | Last 4 digits of account number **6086** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,018.00 |
|---|---|---|---|
| | **Cabela's Club Visa**<br>**PO Box 82519**<br>**Lincoln, NE 68501-2519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/12** | Basis for the claim: __ | |
| | Last 4 digits of account number **0272** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,691.92 |
|---|---|---|---|
| | **Capital Management Services OP**<br>**698 1/2 South Ogden Street**<br>**Buffalo, NY 14206-2317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **2368** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,138.00 |
|---|---|---|---|
| | **Chase AARP**<br>**Cardmember Service**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **6987** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,254.75 |

**Chase Amazon**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Date(s) debt was incurred  **12/16**

Last 4 digits of account number  **4815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,131.70 |

**Chase United**
**Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Date(s) debt was incurred  _

Last 4 digits of account number  **3667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,845.00 |

**Chase United**
**PO Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred  **9/16**

Last 4 digits of account number  **0421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Chase United**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Date(s) debt was incurred  _

Last 4 digits of account number  **5995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,978.12 |

**Citi Double Cash**
**Citi Cards**
**PO Box 78045**
**Phoenix, AZ 85062-8045**

Date(s) debt was incurred  **11/15**

Last 4 digits of account number  **0771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **creditcards**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,349.65 |

**Citi Simplicity**
**Citi Cards**
**PO Box 78045**
**Phoenix, AZ 85062-8045**

Date(s) debt was incurred  _

Last 4 digits of account number  **5911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Credit Corp Solutions Inc**
**180 West Election Road**
**Draper, UT 84020**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.14 |

**DHL**
**Access Receivables Mgmt**
**11350 McCormick Road**
**Executive Plaza III St 800**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **mail pickup**

Last 4 digits of account number  **0414**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,001.00 |

**Diamond Preferred**
**Ciitcards**
**PO Box 78045**
**Phoenix, AZ 85062-8045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15**

Basis for the claim:  **credti card**

Last 4 digits of account number  **6563**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |

**Discover Personal Loans**
**PO Box 30954**
**Salt Lake City, UT 84130-0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4933**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,482.99 |

**Discover Personal Loans**
**PO Box 30954**
**Salt Lake City, UT 84130-0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8704**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.17 |

**FedEX Revenue Recovery Dept**
**PO Box 660481**
**Sanger, TX 76266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2250**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,499.19 |

**GC Services LImited Partnership**
**PO Bo x930824**
**Wixom, MI 48393-0824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8844**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,018.00 |

**Home Projects**
**Wells Fargo**
**800 Walnut Street**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/12**

Basis for the claim: _

Last 4 digits of account number  **3698**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hood & Stacy, PA**
**216 North Main Street**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0148**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.96 |
|---|---|---|---|

**Invictus Healthcare System**
**Uber Group PLLC**
**9709 E 79th Street**
**Tulsa, OK 74133-4566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,400.73 |
|---|---|---|---|

**Kroger**
**US Bank**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/16**

Basis for the claim: **credit card**

Last 4 digits of account number **0167**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,711.31 |
|---|---|---|---|

**Mary Kay**
**Chase Bank**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/16**

Basis for the claim: **credit card**

Last 4 digits of account number **7390**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,014.45 |
|---|---|---|---|

**NCB Management Services Inc**
**PO Box 1099**
**Langhorne, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9232**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,723.57 |
|---|---|---|---|

**Northland Group In**
**PO Box 390905**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1347**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,565.01 |
|---|---|---|---|

**One Main Financial**
**PO Box 64**
**Evansville, IN 47701-0064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/16**

Basis for the claim: __

Last 4 digits of account number **8016**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,691.92 |
| --- | --- | --- | --- |

**Princess Cruises**
**Barclays Bank**
**PO Box 8803**
**Wilmington, DE 19899**

Date(s) debt was incurred  **10/16**

Last 4 digits of account number  **7105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.23 |
| --- | --- | --- | --- |

**Public Service Company**
**PO Box 24404**
**Canton, OH 44701-4404**

Date(s) debt was incurred  _

Last 4 digits of account number  **5961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **gas services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.23 |
| --- | --- | --- | --- |

**Public Service Company of Oklahoma**
**PO Box 24404**
**    OH 44071-4404**

Date(s) debt was incurred  _

Last 4 digits of account number  **5961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Sam's Club MC**
**PO Box 960013**
**Orlando, FL 32896-0013**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,499.19 |
| --- | --- | --- | --- |

**Sears Mc**
**Citibank NA**
**PO Box 6077**
**Henryetta, OK 74437-2424**

Date(s) debt was incurred  **2/16**

Last 4 digits of account number  **7099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.08 |
| --- | --- | --- | --- |

**Suddenlink Communications**
**1244 Powercourt Dr Suuite 460**
**Saint Louis, MO 63131**

Date(s) debt was incurred  _

Last 4 digits of account number  **9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **communication services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.06 |
| --- | --- | --- | --- |

**Suddenllink Communications**
**1244 Powercourt Dr, Suite 450**
**Saint Louis, MO 63131**

Date(s) debt was incurred  _

Last 4 digits of account number  **9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,343.49 |
| --- | --- | --- | --- |

**Synchony Bank**
**Attn: Bankruptcy Dept**
**PO Box 965061**
**Orlando, FL 32896-5061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __credit card__

Last 4 digits of account number __4730__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,121.00 |
| --- | --- | --- | --- |

**Synchrony Bank**
**Attn: Bankruptcy Dept**
**PO Box 965060**
**Orlando, FL 23896-0013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/16__

**Basis for the claim:** __credit card__

Last 4 digits of account number __8471__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.59 |
| --- | --- | --- | --- |

**T Mobile**
**PO Box 742596**
**Cincinnati, OH 45274-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

**Basis for the claim:** __

Last 4 digits of account number __3426__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,596.00 |
| --- | --- | --- | --- |

**USAA American Legion**
**USAA Savings Bank**
**PO Box 33009**
**San Antonio, TX 78265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/15__

**Basis for the claim:** __credit card__

Last 4 digits of account number __9431__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,588.00 |
| --- | --- | --- | --- |

**USAA VFW**
**USAA Federal Savings Bank**
**10750 McDermott Freeway**
**San Antonio, TX 78288-0544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/15__

**Basis for the claim:** __credit card__

Last 4 digits of account number __5430__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,602.00 |
| --- | --- | --- | --- |

**USAA Wounded Warrior Card**
**USAA Federal Savings Bank**
**10750 McDermott Freeway**
**San Antonio, TX 78288-0544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/16__

**Basis for the claim:** __credit card__

Last 4 digits of account number __2252__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,717.87 |
| --- | --- | --- | --- |

**Walmart Mastercard**
**Synchrony Bank**
**Attn: Bankruptcy Department**
**PO Box 965060**
**Orlando, FL 32896-5060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/16__

**Basis for the claim:** __credit card__

Last 4 digits of account number __8155__

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $848.25 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Walmart Mastercard/SYNCB**
**Synchrony Bank**
**Attn:  Bankruptcy Dept**
**PO Box 965060**
 **VA 23896-5060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/16__

**Basis for the claim:** __credit card__

Last 4 digits of account number __9194__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|-------------|--------------------------------------------------------|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | ARS National Services Inc<br>PO Box 469100<br>Escondido, CA 92046-9100 | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | CCB Credit Servics Inc<br>PO Box 272<br>Springfield, IL 62705-0272 | Line __3.31__<br><br>☐ Not listed. Explain ____ | __3961__ |
| 4.3 | Credence Resource Managment<br>17000 Dallas Pkwy Ste 204<br>Dallas, TX 75248 | Line __3.38__<br><br>☐ Not listed. Explain ____ | __6923__ |
| 4.4 | Diversified Consultants Inc<br>PO Box 1391<br>Southgate, MI 48195-0391 | Line __3.38__<br><br>☐ Not listed. Explain ____ | __6352__ |
| 4.5 | EGS Financial Care Inc<br>PO Box 1020<br>Dept 106<br>Horsham, PA 19044-2140 | Line __3.42__<br><br>☐ Not listed. Explain ____ | __8155__ |
| 4.6 | EGS Financial Care Inc<br>PO box 1020<br>Dept 806<br>Horsham, PA 19044 | Line __3.37__<br><br>☐ Not listed. Explain ____ | __5405__ |
| 4.7 | Equinox Collection Serivices Inc<br>20159 E 11th Street Ste 500<br>Tulsa, OK 74128 | Line __3.23__<br><br>☐ Not listed. Explain ____ | __5572__ |
| 4.8 | Hood & Stacy PC<br>216 North Main Street<br>Bentonville, AR 72712 | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | NCB Management Services Inc<br>PO Box 1099<br>Langhorne, PA 19047 | Line __3.5__<br><br>☐ Not listed. Explain ____ | __0238__ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 **North Shore Agency**<br>270 Spangoli Rd Suite 110<br>Melville, NY 11747 | Line **3.19**<br>☐ Not listed. Explain ____ | **2250** |
| 4.11 **Portfolio Recovery Assoc**<br>PO Box 12914<br>Norfolk, VA 23541 | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Sunrise Credit Services Inc**<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | Line **3.35**<br>☐ Not listed. Explain ____ | **0734** |
| 4.13 **United Collections Bureau Inc**<br>5620 Southwyck Blvd Suite 206<br>Toledo, OH 43614 | Line **3.9**<br>☐ Not listed. Explain ____ | **1932** |
| 4.14 **United Collections Bureau Inc**<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614 | Line **3.25**<br>☐ Not listed. Explain ____ | **3618** |
| 4.15 **United Collections Bureau Inc**<br>5620 Southwyck Blvd Suite 206<br>Toledo, OH 43614 | Line **3.12**<br>☐ Not listed. Explain ____ | **9813** |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ **179,810.57** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **179,810.57** |

**Fill in this information to identify the case:**

Debtor name    **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **T shirt Printing Equipment** | |
| State the term remaining | **Time Payment Corp** |
| List the contract number of any government contract | **16 NE Executive Office Park, Ste 200**<br>**Burlington, MA 01803** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Building for Business** | |
| State the term remaining — **1y 1/2** | **Wilpro Inc** |
| List the contract number of any government contract | **30531 South 216th**<br>**Henryetta, OK 74437** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF OKLAHOMA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.1 | Name | Mailing Address | | | Name | Check all schedules that apply: |
|-----|------|-----------------|---|---|------|---------------------------------|

2.1

Name: _____
Mailing Address Street: _____
City _____ State _____ Zip Code _____
Name: _____
Check all schedules that apply:
☐ D
☐ E/F
☐ G

2.2

Name: _____
Street: _____
City _____ State _____ Zip Code _____
Name: _____
☐ D
☐ E/F
☐ G

2.3

Name: _____
Street: _____
City _____ State _____ Zip Code _____
Name: _____
☐ D
☐ E/F
☐ G

2.4

Name: _____
Street: _____
City _____ State _____ Zip Code _____
Name: _____
☐ D
☐ E/F
☐ G

Debtor name    **Knight Mail & Printing Plus LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,023.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$523.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Melinda G. Dunlap, OBA #15002**<br>**PO Box 1613**<br>**Okmulgee, OK 74447** | **$1000.00 attorney fees**<br>**$335.00 filing fee** | **May 2017** | **$1,335.00** |
| Email or website address<br>**mdbankruptcy@hotmail.com** | | | |
| Who made the payment, if not debtor?<br>**Debtor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Case 17-81358    Doc 1    Filed 12/05/17    Entered 12/05/17 11:12:45    Desc Main
                          Document         Page 29 of 42

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Family Federal Credit Union**<br>**Henryetta, OK 74437** | **XXXX-360** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/16** | **$25.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Okmulgee** | **Kathy Knight** | **Inventory & Equipment** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Case 17-81358    Doc 1    Filed 12/05/17    Entered 12/05/17 11:12:45    Desc Main
Document    Page 31 of 42

| Debtor | Knight Mail & Printing Plus LLC | Case number *(if known)* | |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Kathy Knight** | **2016** |
| 26a.2. **Baldwin & Shipley** | **2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **?** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kathy Knight** | **101 E. Main Street**<br>**Henryetta, OK 74437** | **President of Company** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2017**

**/s/ Kathy Knight**                                    **Kathy Knight**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Oklahoma

In re **Knight Mail & Printing Plus LLC**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  4, 2017**
*Date*

/s/ MELINDA .G. DUNLAP,
**MELINDA .G. DUNLAP, OBA#15002**
*Signature of Attorney*
**Melinda G. Dunlap**
**205 South Grand**
**PO Box 1613**
**Okmulgee, OK 74447**
**918-756-7764  Fax: 918-756-3009**
**mdbankruptcy@hotmail.com**
*Name of law firm*

---

In re    **Knight Mail & Printing Plus LLC**                     Case No. _____

                                          Debtor(s)                Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 4, 2017**                    **/s/ Kathy Knight** _____

                                                     **Kathy Knight**/**President**

                                                     Signer/Title

Allied Intersatate
PO Box 361445
Columbus, OH 43236

Altman Financial LP
PO Box 4043
Concord, CA 94524-4043

ARS National Services Inc
PO Box 469100
Escondido, CA 92046-9100

Best Buy
Citibank, N.A.
PO Box 6497
Sioux Falls, SD 57117

Breg Inc
PO Box 844628
Dallas, TX 75284

BuyPower
Capital One Card Services
Customer Center
PO Box 30256
Salt Lake City, UT 84130-0256

Cabela's Club Visa
PO Box 82519
Lincoln, NE 68501-2519

Capital Management Services OP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317

CCB Credit Servics Inc
PO Box 272
Springfield, IL 62705-0272

Chase AARP
Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548

Chase Amazon
PO Box 15298
Wilmington, DE 19850-5298

Chase Mortgage
PO Box 24696
Columbus, OH 43224

Chase United
Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase United
PO Box 15298
Wilmington, DE 19850

Chase United
PO Box 15298
Wilmington, DE 19850-5298

Citi Double Cash
Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045

Citi Simplicity
Citi Cards
PO Box 78045
Phoenix, AZ 85062-8045

Credence Resource Managment
17000 Dallas Pkwy Ste 204
Dallas, TX 75248

Credit Corp Solutions Inc
180 West Election Road
Draper, UT 84020

DHL
Access Receivables Mgmt
11350 McCormick Road
Executive Plaza III St 800
Hunt Valley, MD 21031

Diamond Preferred
Ciitcards
PO Box 78045
Phoenix, AZ 85062-8045

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

Diversified Consultants Inc
PO Box 1391
Southgate, MI 48195-0391

EGS Financial Care Inc
PO Box 1020
Dept 106
Horsham, PA 19044-2140

EGS Financial Care Inc
PO box 1020
Dept 806
Horsham, PA 19044

Equinox Collection Serivices Inc
20159 E 11th Street Ste 500
Tulsa, OK 74128

FedEX Revenue Recovery Dept
PO Box 660481
Sanger, TX 76266-0481

GC Services LImited Partnership
PO Bo x930824
Wixom, MI 48393-0824

GC Services LImited Partnership
PO Box 3026
Houston, TX 77253

Home Projects
Wells Fargo
800 Walnut Street
Des Moines, IA 50309

Hood & Stacy PC
216 North Main Street
Bentonville, AR 72712

Hood & Stacy, PA
216 North Main Street
Bentonville, AR 72712

Internal Revenue Service
Special Procedures
55 North Robinson, Stop 5024
Oklahoma City, OK 73102-9229

Invictus Healthcare System
Uber Group PLLC
9709 E 79th Street
Tulsa, OK 74133-4566

Kroger
US Bank
PO Box 790408
Saint Louis, MO 63179-0408

Mary Kay
Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

NCB Management Services Inc
PO Box 1099
Langhorne, PA 19047

NCB Management Services Inc
PO Box 1099
Langhorne, PA 19047

North Shore Agency
270 Spangoli Rd Suite 110
Melville, NY 11747

Northland Group In
PO Box 390905
Minneapolis, MN 55439

OCWEN Loan Servicing
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409

Ocwen Loan Servicing
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409

Oklahoma Tax Commission
Bankruptcy Department
120 North Robinson, Suite 2200
Oklahoma City, OK 73152

One Main Financial
PO Box 64
Evansville, IN 47701-0064

Portfolio Recovery Assoc
PO Box 12914
Norfolk, VA 23541

Princess Cruises
Barclays Bank
PO Box 8803
Wilmington, DE 19899

Public Service Company
PO Box 24404
Canton, OH 44701-4404

Public Service Company of Oklahoma
PO Box 24404
OH 44071-4404

Sam's Club MC
PO Box 960013
Orlando, FL 32896-0013

Sears Mc
Citibank NA
PO Box 6077
Henryetta, OK 74437-2424

Suddenlink Communications
1244 Powercourt Dr Suuite 460
Saint Louis, MO 63131

Suddenllink Communications
1244 Powercourt Dr, Suite 450
Saint Louis, MO 63131

Sunrise Credit Services Inc
PO Box 9100
Farmingdale, NY 11735-9100

Synchony Bank
Attn: Bankruptcy Dept
PO Box 965061
Orlando, FL 32896-5061

Synchrony Bank
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 23896-0013

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Time Payment
1600 District Avenue, Suite 200
Burlington, MA 01803

Time Payment Corp
16 NE Executive Office Park, Ste 200
Burlington, MA 01803

United Collections Bureau Inc
5620 Southwyck Blvd Suite 206
Toledo, OH 43614

United Collections Bureau Inc
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614

United Collections Bureau Inc
5620 Southwyck Blvd Suite 206
Toledo, OH 43614

```
USAA American Legion
USAA Savings Bank
PO Box 33009
San Antonio, TX 78265

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

USAA VFW
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

USAA Wounded Warrior Card
USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

Walmart Mastercard
Synchrony Bank
Attn:  Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Walmart Mastercard/SYNCB
Synchrony Bank
Attn:  Bankruptcy Dept
PO Box 965060
VA 23896-5060

Wilpro Inc
30151 South 126th
Henryetta, OK 74437

Wilpro Inc
30531 South 216th
Henryetta, OK 74437
```

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re   **Knight Mail & Printing Plus LLC**

                           Debtor(s)

Case No. 

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Knight Mail & Printing Plus LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  4, 2017**

Date

**/s/ MELINDA .G. DUNLAP,**

**MELINDA .G. DUNLAP, OBA#15002**

Signature of Attorney or Litigant

Counsel for   **Knight Mail & Printing Plus LLC**

**Melinda G. Dunlap**
**205 South Grand**
**PO Box 1613**
**Okmulgee, OK 74447**
**918-756-7764 Fax:918-756-3009**
**mdbankruptcy@hotmail.com**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy